# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANA KELLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-655-G |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the Court for review of the Report and Recommendation (Doc. No. 24) issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Plaintiff brought this action seeking judicial review of the determination by the Commissioner of Social Security that she was not "disabled" under the Social Security Act. *See* 42 U.S.C §§ 405(g), 423(d)(1).

Judge Mitchell recommends that the Court affirm the Commissioner's decision. *See* R. & R. at 1. Judge Mitchell expressly informed Plaintiff of her right to object to the Report and Recommendation and the consequences of failing to do so. *See id.* at 17. Plaintiff has not filed a written objection to the Report and Recommendation within the allotted time period, nor has she requested additional time to object. Finding that Plaintiff has waived further review of all issues addressed in the Report and Recommendation, *see Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991), the Court ADOPTS the Report and Recommendation in its entirety, as though fully set forth herein.

It is therefore ORDERED that the Report and Recommendation (Doc. No. 24) is ADOPTED, and the decision of the Commissioner is AFFIRMED. A separate judgment shall be entered.

IT IS SO ORDERED this 23rd day of May, 2019.

_____
CHARLES B. GOODWIN
United States District Judge